**No. 42715.**—Protest 829896–G of J. W. Hampton Jr. & Co. (New York).

Opinion by DALLINGER, J. It appeared that the coal hoppers themselves were not fitted to receive electric motors as attachments but that it was necessary to build special platforms for their installation. On the record presented the claim at 27½ percent under paragraph 372 was sustained.

**No. 42716.**—Protest 968619–G of Marks & Rosenfeld Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of candelabra, articles of illuminating glassware, similar to those the subject of Abstract 41299. The claim at 60 percent under paragraph 218 (c) was therefore sustained.

**No. 42717.**—Protests 999866–G, etc., of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 42039 the weather sets were held dutiable as household utensils at 40 percent under paragraph 339. Aneroid barometers similar to those the subject of *Selsi* v. *United States* (2 Cust. Ct. 300, C. D. 147) were held dutiable at 27½ percent under paragraph 372.

**No. 42718.**—Protest 831213–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the paperweights in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42719.**—Protests 998760–G, etc., of Goldfarb Novelty Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the paperweights in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42720.**—Protests 984966–G, etc., of Saks & Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of trays, bookends, inkstands, atomizers, letter openers, calendars, bottles, thermometers, boxes, and pencil sharpeners chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and Abstracts 39852 and 41633 cited.